IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FRED STRAUSS,<br><br>                  Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                  Defendant. | Civil Case Number: 6:23-cv-00715-RBD-EJK |

**NOTICE OF SETTLEMENT**

      Pursuant to Local Rule 3.09, the undersigned counsel for the Plaintiff hereby provides notice to the Court that the parties have reached a settlement in principal as to all of Plaintiff's claims against Defendant in this action and are starting the process of finalizing formal settlement documents. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

      Dated:  December 8, 2023

/s/ Joseph H. Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Phone: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*

134662833.1